STATE BANK OF ARTHUR, Plaintiff-Appellee, *v.* H. E. KENDALL *et al.,* Defendants-Appellants.

(No. 12407; )

Fourth District—November 6, 1974.

Opinion by Mr. JUSTICE CLARK.

Thomas J. Logue, of Glenn & Logue, of Mattoon, for appellants.

Willis P. Ryan and Dale A. Cini, both of Ryan & Cini, Ltd., of Mattoon, for appellee.